

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*United States District Courthouse*
*300 Quarropas Street*
*White Plains, New York 10601*

November 23, 2021

**By Email**

The Honorable Andrew E. Krause
United States Magistrate Judge
Southern District of New York
The Hon. Charles L. Brieant Jr.
Federal Building and United States Courthouse
300 Quarropas St.
White Plains, NY 10601-4150

    **Re:**    *United States v. Jakeem Sylvester*, 21 Mag. 10261

Dear Judge Krause,

    In light of the arrest of Jakeem Sylvester in the above-captioned matter, the Government respectfully requests that the complaint be unsealed.

    Respectfully submitted,

    DAMIAN WILLIAMS
    United States Attorney

By: __/s/ Steven J. Kochevar____
    Steven J. Kochevar
    Assistant United States Attorney
    (914) 993-1928

SO ORDERED.

_____
ANDREW E. KRAUSE
United States Magistrate Judge

Dated: November 23, 2021